IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M. SCOTT BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV328 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS D. REYNOLDS, and EARLY | ) | ORDER |
| AMERICAN COIN GALLERY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Christopher P. Welsh's motion to withdraw as counsel for Plaintiff M. Scott Barrett (filing 19). Substitute counsel having entered an appearance on Plaintiff's behalf, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. Christopher P. Welsh's motion to withdraw as counsel (filing 19) is granted.

2. The Clerk of Court shall terminate the appearance of Christopher P. Welsh and the law firm of Welsh & Welsh, P.C., L.L.O. as counsel of record for Plaintiff and shall terminate future notices to them in this matter.

**DATED October 25, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**