IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| M. SCOTT BARRETT,<br><br>        Plaintiff,<br><br>vs.<br><br>THOMAS D. REYNOLDS, and EARLY AMERICAN COIN GALLERY, LLC,<br><br>        Defendants. | CASE NO. 8:12CV328<br><br><br>ORDER |

This matter is before the Court on Plaintiff M. Scott Barrett's Motion for Attorney Fees (Filing No. 68) submitted pursuant to the Court's Order of January 10, 2012 (Filing No. 62).  The Motion is supported by an index of evidence (Filing No. 69) demonstrating the reasonableness of the fee, both in terms of the hourly rate and the number of hours worked.  The Motion is not opposed by the Defendants.

Accordingly,

IT IS ORDERED:

1.  The Plaintiff M. Scott Barrett's Motion for Attorney Fees (Filing No. 68) is granted;

2.  Attorney fees are awarded to Plaintiff M. Scott Barrett and against Defendants Thomas D. Reynolds and Early American Coin Gallery, LLC, jointly and severally, in the amount of $1,677.50.

Dated this 21st day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge