IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| M. SCOTT BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV328 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS D. REYNOLDS, and | ) | ORDER |
| EARLY AMERICAN COIN | ) | |
| GALLERY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the motions of William Reinbrecht and Pamela Car to withdraw as counsel for Plaintiff.  (Filings 87 & 88.)  Because Plaintiff will continue to be represented in this matter, the motions to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion of Pamela A. Car to Withdraw as Co-Counsel for Plaintiff (filing 87) and the Motion of William Reinbrecht to Withdraw as Co-Counsel for Plaintiff (filing 88) are granted.

2. The Clerk of Court shall terminate the appearances of Mr. Reinbrecht and Ms. Car as counsel for Plaintiff and shall terminate future notices to them in this matter.

**DATED March 21, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**