# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **M. SCOTT BARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CV328** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **THOMAS D. REYNOLDS, and** | ) | **ORDER** |
| **EARLY AMERICAN COIN** | ) | |
| **GALLERY, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The parties have jointly filed a motion to restrict access to the Court's Memorandum and Order on Defendants' Motion for Partial Summary Judgment (filing 182). The parties' request will be granted.

**IT IS ORDERED:**

1. The Clerk of Court shall restrict access to the Court's Memorandum and Order on Defendants' Motion for Partial Summary Judgment (filing 182). Access to the Order shall be limited to the parties of record and the Court.

**DATED May 27, 2014.**

> **BY THE COURT:**
>
> **S/ F.A. Gossett**
> **United States Magistrate Judge**